# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI-65 | E1343106 | DiGiacomo | 1102 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 08/03/2023  1600 | 36 CFR 4.23(a)(1) |

Place of Offense

MARLOW BEACH ROAD

Offense Description: Factual Basis for Charge                    HAZMAT ☐

OPERATING UNDER THE INFLUENCE
OF ALCOHOL

## DEFENDANT INFORMATION

Last Name

HOGAN                 SALLY            J

Street Address

DOW1506   NY   04   CHEVY   SUV   GR

### APPEARANCE IS REQUIRED

A ☑ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | MA |
|  | Time  MA |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1343106*

I state that on _____, 20 ____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT – Hazardous material involved in incident;  PASS – 9 or more passenger vehicle
CDL – Commercial drivers license;  CMV – Commercial vehicle involved in incident;

# United States District Court
## Violation Notice
(Rev. 1/2020)

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA65 | E1343105 | DiGiacomo | 102 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☐ State Code |
|---|---|
| 08/03/2023  18:00 | 36 CFR  4.23 (a)(1) |

Place of Offense
MARCONI BEACH ROAD

Offense Description: Factual Basis for Charge                    HAZMAT ☐

ALCOHOL CONCENTRATION
ABOVE .08 BAC

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| HOGAN | SALLY | J |

Street Address
[redacted]

| DDW606 | NY | 04 | CHEVY | SUV | GR |

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | MA |
| | Time MA |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1343105*

---

I state that on _____, 20__, while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation       ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of the violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA65 | E1343107 | DiGiACOMO | 1102 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 08/03/2003 1900 | 36 CFR 4.22(3) |

Place of Offense

MARLOW! BEACH ROAD

Offense Description: Factual Basis for Charge                    HAZMAT ☐

UNSAFE OPERATION

### DEFENDANT INFORMATION

Last Name: HOGAN   First Name: SALLY   M.I.: J

Street Address: ▮▮▮▮▮▮▮▮▮▮▮▮

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| DDW1506 | NY | 84 | CHEVY/SUV | | GR |

#### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

#### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | MA MA |
| | Time MA MA |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1343107*

CVB SCAN 09/07/2023 11:12

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__, while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    _____
              Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

CVB SCAN 09/07/2023 11:12

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 03, 2023 while exercising my duties as a law
enforcement officer in the Eastern District of Massachusetts
I had developed probable cause and arrested HOGAN for
operating under the influence of alcohol. I transported her to
Wellfleet Police Department and observed her for over 15
minutes. She did not burp or consume any liquids during this
time period. I read Cape Cod National Seashore 'Statement to
Defendant' out loud to HOGAN and she agreed to submit breath
samples. She signed the form and I proceeded to administer the
test. She successful gave two breath samples at 18:04 and
18:09 Hours, with the results showing a Blood Alcohol
Concentration (BAC) of 0.15, .07 above the statutory limit. A
wearable audio and video recording was made documenting this
incident
VN:E1343105
LC:MA65

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set
forth above and on the face of this violation notice is true and correct to
the best of my knowledge.

Executed on: 08/03/2023       _____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____      _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge